## SILAS S. HART *v.* ELIJAH LINSDAY.

A writ of assistance will be granted to put the purchaser of mortgaged premises in possession, if the defendant, on being shown the Master's deed, and a certified copy of the order confirming the sale, under the seal of the Court, refuse to deliver possession.

*Mr. Backus* moved for a writ of assistance to put the complainant in possession of mortgaged premises which had been purchased by him at the Master's sale. The motion was founded on an affidavit of David Hart, stating that, on the twenty-fourth day of March, he went to the residence of the defendant, on the mortgaged premises, and exhibited to him the Master's deed, and a certified copy of the order confirming the Master's report of sale, under the seal of the Court, and, as complainant's agent, demanded possession; which defendant refused to give.

THE CHANCELLOR granted the motion.